SCHIFF HARDIN LLP
Jean-Paul P. Cart (CSB #267516)
jcart@schiffhardin.com
One Market, Spear Street Tower
Suite 3100
San Francisco, CA  94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

*Attorneys for Defendant*
SANFORD, L.P. (erroneously sued as
ELMER'S PRODUCTS, INC.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DAVID SPACONE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELMER'S PRODUCTS, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.<br><br>**DEFENDANT'S NOTICE OF INTERESTED PARTIES**<br><br>(Removed from Los Angeles Superior Court, Case No. BC648907) |

TO THE CLERK AND THE HONORABLE JUDGES OF THE UNITED STATES

DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure

7.1 and Central District Local Rule 7.1-1, the undersigned, counsel of record for

defendant Sanford, L.P. (erroneously sued as Elmer's Products, Inc.) ("Sanford"),

certifies that the following listed party (or parties) may have a pecuniary interest in

the outcome of this case.  These representations are made to enable the Court to

evaluate possible disqualification or recusal.

Sanford is a limited partnership composed of General Partner, Newell

Operating Company, and Limited Partner, Berol Corporation.  Newell Brands Inc.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

NOTICE OF INTERESTED PARTIES

is the ultimate parent of Newell Operating Company and Berol Corporation. Newell Brands Inc. is a publicly traded company listed on the New York Stock Exchange as NWL.

Dated:    March 29, 2017                    SCHIFF HARDIN LLP


                                            By:/s/ Jean-Paul P. Cart
                                               Jean-Paul P. Cart

                                               Attorneys for Defendant
                                               Sanford, L.P. (erroneously sued as
                                               Elmer's Products, Inc.)


## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, a copy of Sanford, L.P.'s (erroneously sued as Elmer's Products, Inc.) ("Sanford") Notice of Interested Parties was electronically filed.  Notice of this filing will sent by e-mail to all parties by operation of the court's electronic filing system.  Copies of this document have also been served by mail on counsel for Plaintiff David Spacone:

Lee A. Cirsch
Robert K. Friedl
Trisha K. Monesi
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067

                                            /s/ Jean-Paul P. Cart

CH2\19389310.2

- 2 -