JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SPACONE, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>ELMER'S PRODUCTS, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02419-AB-MRW<br><br>Hon. André Birotte Jr.<br><br>[~~PROPOSED~~] JUDGMENT |

# JUDGMENT

Pursuant to Plaintiff David Spacone ("Plaintiff") and Defendant Sanford, L.P.'s (erroneously sued as Elmer's Products, Inc.) Stipulation for Entry of Judgment, the Court **HEREBY ENTERS JUDGMENT** as follows:

The Court hereby dismisses *with prejudice* and enters judgment on the individual claims alleged by Plaintiff in his First Amended Complaint, pursuant to the Parties' Stipulation, and expressly subject to a preservation of Plaintiff's right to appeal the Court's Order on Plaintiff's Motion for Class Certification (Dkt. No. 67).

As all claims have been finally adjudicated or settled, this case is fully and finally adjudicated and **FINAL JUDGMENT** is hereby ENTERED.

**IT IS SO ORDERED**

Dated: __September 27, 2018_____

Hon. André Birotte Jr.
Judge of the United States District Court
Central District of California